F. AND D. COMPANY, Appellant, *v.* INGLIS M. UPPERCU and FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Respondents.

*Court — calendar practice.*

Appeal from an order of the Supreme Court, entered in the New York county clerk's office on the 8th day of April, 1914, denying the plaintiff's motion to place the cause upon the special calendar for trial under subdivision 2 of rule 5 of the special rules affecting practice at Trial Term.

PER CURIAM: The action is upon a "bond or other obligation for the payment of a specific sum of money," and is, therefore, one of those covered by and provided for in subdivision 2 of rule 5 of the Rules for the Regulation of the Trial Terms of the Supreme Court in the First Judicial District. We find in the papers on appeal no sufficient ground for denying plaintiff's motion to place it upon the special calendar for trial. It is of no moment that defendant offers a defense which may take some time to try. The object of including cases of this character upon the special calendar is to compel a speedy determination of claims arising upon positive obligations to pay money. Whether the case takes a longer or shorter time to try is immaterial. The order appealed from should be reversed, with ten dollars costs and disbursements, and motion granted. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ. Order reversed, with ten dollars costs and disbursements, and motion granted.

———

LEO C. DESSAR, as Executor, etc., Respondent, *v.* CHARLES S. HIRSCH and Others, as Executors, etc., Appellants.

Appeal from a determination of the Appellate Term reversing an order of the City Court which denied plaintiff's motion to set aside a verdict and for a new trial, and ordering judgment in favor of the plaintiff.

PER CURIAM: We think there was a question of fact as to whether the person writing the letter was an agent of the decedent and authorized to make a lease of the property for her, which was fairly submitted to the jury, and its verdict should not be disturbed. It follows that the determination of the Appellate Term reversing the order denying a motion for a new trial and dismissing the complaint should be reversed, with costs in this court and in the Appellate Term, and the order of the City Court affirmed. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ. Determination reversed, with costs in this court and in the Appellate Term, and order of City Court affirmed. Order to be settled on notice.